UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HEAD,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY OF COSTA MESA POLICE DEP'T, et al.,<br><br>   Defendants. | Case No. SACV 11-00097 DOC (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court adopts the findings and recommendations contained in the Report.

  **IT IS SO ORDERED**.

DATED: December 6, 2011

_/s/ David O. Carter_
DAVID O. CARTER
United States District Judge