# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HEAD, | Case No. SACV 11-00097 DOC (AJW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| CITY OF COSTA MESA POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections were filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: July 18, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge