UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HEAD,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF COSTA MESA POLICE DEPARTMENT, et al.,<br><br>            Defendants. | Case No. SACV11-00097 DOC (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

July 18, 2012

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE